UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WINSTON NAJEE REED,

                        Plaintiff

v.

JEREMY BEAN, et al.,

                        Defendants

Case No. 2:24-cv-01627-RFB-DJA

ORDER

      On September 4, 2024, state prisoner Winston Reed initiated this civil-rights action to redress constitutional violations that he claims to have suffered while incarcerated at High Desert State Prison. (ECF No. 1-1). Reed's mail from the Court was soon returned as undeliverable, noting that he's housed at Ely State Prison. (ECF No. 3). But Reed has not filed his updated address with the Court. Local Rule IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." And "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. LR IA 3-1.

      It is therefore ordered that Reed has **until October 9, 2024**, to file his updated address with the Court.

      It is further ordered that if Reed fails to timely comply with this order, this action will be subject to dismissal without prejudice.

      The Clerk of the Court is directed to send Plaintiff Winston Reed courtesy copies of this order and the case-assignment documents (ECF Nos. 1, 2) by delivering the same to Ely State Prison's law library.

      DATED THIS 9th day of September 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE