UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINSTON NAJEE REED,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY BEAN, et al.,<br><br>Defendants. | Case No.: 2:24-cv-01627-RFB-DJA<br><br>**ORDER**<br><br>(ECF No. 7) |

State prisoner Winston Reed moves the Court to clarify the case number assigned to this action, arguing that he was recently transferred to High Desert State Prison and the prior prison's library supervisor mistakenly provided him with duplicate e-files in another of his lawsuits, but none in this one. (ECF No. 7).

Good cause appearing, Plaintiff's motion for clarification (ECF No. 7) is granted. Plaintiff is advised that the case number for this action is 2:24-cv-01627-RFB-DJA. The Court confirms that it received Plaintiff's application to proceed *in forma pauperis* and civil-rights complaint (ECF Nos. 1, 1-1), and it will screen the complaint and address the application in the ordinary course.

The Clerk's Office is directed to resend Plaintiff Winston Reed a courtesy copy of the advisory letter (ECF No. 2).

DATED: November 7, 2024

_____
UNITED STATES MAGISTRATE JUDGE