UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WINSTON NAJEE REED,

Plaintiff,

v.

JEREMY BEAN, *et al.*,

Defendants.

Case No. 2:24-cv-01627-RFB-DJA

ORDER

**I.    DISCUSSION**

On December 12, 2025, the Court reopened this case and gave Plaintiff 30 days to file a first amended complaint. (ECF No. 16). Plaintiff, who is now in the custody of the Virginia Department of Corrections, files a motion for an extension of time to file his amended complaint because prison officials did not give him a copy of the order until January 6, 2026. (ECF No. 17).

The Court grants the motion for extension of time. Plaintiff will file a first amended complaint on or before March 20, 2026.

**II.    CONCLUSION**

It is therefore ordered that the motion for an extension of time (ECF No. 17) is granted. Plaintiff will file a first amended complaint **on or before March 20, 2026**.

The Clerk of the Court is directed to send Plaintiff the approved form for filing a § 1983 complaint with instructions.

It is further ordered that, if Plaintiff fails to file an amended complaint curing the deficiencies outlined in the screening order (ECF No. 9), the Court will recommend dismissal without prejudice for failure to state a claim.

DATED: January 21, 2026.

_____
UNITED STATES MAGISTRATE JUDGE